UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America,   Plaintiff, | Criminal No. 03-298 (1) (RHK/RLE) |
| vs. | **ORDER** |
| Augustus Quintrell Light,   Defendant. | |

---

Defendant's "Motion Under Rule 60(b) Pursuant to Rule 32(e)(2) And 5th Amendment U.S. Const." (Doc. No. 81) is **DENIED**.

Dated: October 29, 2007

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge