

U.S. Department of Justice

United States Attorney
District of Minnesota

*600 United States Courthouse*  *Telephone: (612) 664-5600*
*300 South Fourth Street*  *Fax: (612) 664-5787*
*Minneapolis, MN 55415*

April 18, 2019

The Honorable Hildy Bowbeer
U.S. District Court
632 Federal Building
316 N. Robert Street
St. Paul, MN 55101

    Re:    <u>U.S. v. Augustus Light</u>, Case No. 03-cr-298
           Violation of Supervised Release

Dear Magistrate Judge Bowbeer:

    The Court has scheduled this matter for a hearing on April 22, 2019 at 2 p.m. on the defendant's Motion to Reopen Detention. In support of its continued argument for detention, the government offers as an exhibit the video footage of the traffic stop on March 7, 2019, during which the defendant fled from police and was ultimately arrested. The government will be prepared to present certain clips of this footage at Monday's hearing, but has also submitted the full video files on a disc to chambers, so that the Court has the option of reviewing the footage in advance. These videos have already been produced to defense counsel.

    The most pertinent portions of the videos are:

- On the file entitled "Officer Warren BWC": from the <u>beginning through minute 15:30</u>, which captures the traffic stop through the defendant's flight from police; along with <u>22:05 to 23:40</u>, which captures the defendant's arrest following the chase.

- On the file entitled "Dash Cam": <u>from 15:45 to 23:15</u>, which captures the officers' pursuit of the defendant in their vehicle.

Please let me know if you have any difficulty opening the files, or if I can be of any further assistance in advance of the hearing.

Respectfully Submitted,

ERICA H. MacDONALD
United States Attorney

*s/Alexander D. Chiquoine*

BY: ALEXANDER D. CHIQUOINE
Assistant U.S. Attorney

ADC:rss
CD-ROM sent to chambers

Cc: Catherine Turner, Esq. (letter only)