# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REVOCATION
## COURT MINUTES - CRIMINAL

BEFORE: Jon T. Huseby
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| v. | |
| Augustus Quintrell Light, | |
| Defendant. | |

Case No: 03-cr-298 PAM
Date: July 30, 2020
Video Conference
Time Commenced: 2:08 p.m.
Time Concluded: 2:15 p.m.
Time in Court: 7 minutes

APPEARANCES:

Plaintiff: Alexander Chiquoine, Assistant U.S. Attorney
Defendant: Catherine Turner,
X CJA

Date Charges Filed: 4/23/2020    Offense: Suspected methamphetamine, heroin, drug paraphernalia and pistol ammunition were found on property

X Advised of Rights

on    Violation of    X Supervised Release

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is August 3, 2020 at 3:00 p.m. via video conference before U.S. Magistrate Judge Jon T. Huseby for:
X Detention hrg    X Preliminary Revocation

And next appearance is October 20, 2020 at 10:00 a.m. in Courtroom 7D, St. Paul before District Judge Paul A. Magnuson for:
X Final Revocation

Additional Information:

X Defendant consents to this hearing via video conference.

s/ Sarah Erickson
Signature of Courtroom Deputy