Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

### DISTRICT OF MINNESOTA

### United States v. Augustus Quintrell Light

### Docket No. 0864 0:03CR00298-001(PAM)

### Fourth Amended Petition on Supervised Release

COMES NOW **Stephanie M. Thompson**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Augustus Quintrell Light** who was sentenced for Felon in Possession of a Firearm on April 5, 2004, by the Honorable Richard H. Kyle, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment program
- Substance abuse testing
- Education programming

On December 1, 2014, the defendant was sentenced for Possession of Contraband in Prison (Docket No.: 13CR00011-001), in violation of 18 U.S.C. §1791(a)(2), in the Southern District of Indiana by the Honorable Jane Magnus-Stinson to the custody of the Bureau of Prisons for 27 months, to be served consecutively with his Minnesota sentence, with no supervised release to follow.

On September 15, 2016, the defendant was resentenced under the Johnson Act to the custody of the Bureau of Prisons for 10 years, with credit for time already served, supervised release for a term of 3 years, with the same conditions previously imposed, and the additional condition of up to 120 days in a Residential Reentry Center.

- Participate in Reentry Court Program (Modified October 28, 2016)

On October 25, 2017, the case was reassigned to Your Honor.

On February 16, 2018, the defendant appeared for a final revocation hearing before Your Honor. The defendant's supervised release was revoked, and he was sentenced to the United States Bureau of Prisons for a period of 15 months followed by supervised release until the new adjusted expiration date of November 5, 2019.

Supervision recommenced on September 4, 2018.

CASE 0:03-cr-00298-PAM-RLE Doc. 250 Filed 07/13/21 Page 2 of 3

**Fourth Amended** Petition on Supervised Release     RE: **Augustus Quintrell Light**
Page 2     Docket No. 0864 0:03CR00298-001(PAM)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION: You must not unlawfully possess a controlled substance.

On February 15, 2019, the defendant tested positive for marijuana. The defendant admitted to using marijuana one week prior and signed a last use questionnaire admitting to the use.

On July 31, 2019, the defendant tested positive for marijuana. The defendant admitted to using marijuana within the month and signed a last use questionnaire admitting use.

> MANDATORY CONDITION: You must not commit another federal, state, or local crime.

On March 7, 2019, the defendant was arrested in Bemidji, Minnesota, for Felony – Fleeing a Peace Officer in a Motor Vehicle. The defendant led officers on a pursuit through town with speeds up to 95 m.p.h. The defendant was eventual stopped with stop sticks. Upon search of the defendant, officers found a wallet, cash in small bills and change, a knife, and a lighter. During the search the defendant stated, "All I got is a joint."

> MANDATORY CONDITION: You must not unlawfully possess a controlled substance.
>
> MANDATORY CONDITION: You must not commit another federal, state, or local crime.
>
> MANDATORY CONDITION: You must not own, possess or have access to a firearm, ammunition, destructive device or dangerous weapon (i.e, anything that was designed, or was modified for the specific purpose of causing bodily injury or death to another person such as nunchukas or tasers).

The defendant was arrested. The defendant has pending charges in Beltrami County for Count 1: Drugs- 1st Degree – Possess 50 Grams or More – Cocaine or Methamphetamine and Count 2: Possess Ammo/Any Firearm – Conviction or Adjudicated Delinquent for Crime of Violence. The defendant is pending charges in Mahnomen County for Count 1: Drugs – 1st Degree – Possess 25 Grams or More Heroin; Count 2: Drugs – 4th Degree – Possess Schedule 1/2/3 Except Marijuana with Intent to Sell and Count 3: Possess Ammo/Any Firearm – Conviction or Adjudicated Delinquent for Crime of Violence.

> **MANDATORY CONDITION: You must not commit another federal, state, or local crime.**

**While in custody in Beltrami County the defendant was charged on January 3, 2020, for Disorderly Conduct-Fighting; March 24, 2020, for Damage to Property-4th Degree-Intentional Damage – Other Circumstances (Misdemeanor) and on March 26, 2020, with**

CASE 0:03-cr-00298-PAM-RLE   Doc. 250   Filed 07/13/21   Page 3 of 3

**Fourth Amended** Petition on Supervised Release    RE: **Augustus Quintrell Light**
Page 3    Docket No. 0864 0:03CR00298-001(PAM)

**Assault-4th Degree-Correction Emp/Prob. Officer/Prosecutor/Judge-Intentionally Transfers Bodily Fluid (Felony). These cases are currently pending.**

PRAYING THAT THE COURT WILL ORDER that **the Petition dated April 22, 2020, be amended by the information noted in bold herein.**

ORDER OF THE COURT

Considered and ordered this __13th__ day of __July, 2021__, and ordered filed and made a part of the records in the above case.

*s/ Paul A. Magnuson*

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Stephanie M. Thompson*

Stephanie M. Thompson
U.S. Probation Officer
Telephone: 218-739-0042

Executed on    July 12, 2021
Place    Fergus Falls

Approved:

s/Michael J. Schmidt

Michael J. Schmidt
Supervising U.S. Probation Officer
Telephone: 651-848-1240