UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 03-298 (PAM) |
| Plaintiff, | |
| v. | **ORDER** |
| Augustus Quintrell Light, | |
| Defendant. | |

_____

Defendant Augustus Quintrell Light has filed two pro se Motions in this matter and requests an in-person hearing.  (Docket Nos. 268, 269.)  At that hearing, the Court will also resentence Defendant, as instructed by the Eighth Circuit Court of Appeals.  (Docket No. 263.)  The Court will hold such a hearing on November 8, 2022, at 11:00 a.m. in Courtroom 7D in the Warren E. Berger Federal Building and U.S. Courthouse in St. Paul, Minnesota.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Government shall file any response to Defendant's Motions and any position on Defendant's resentencing on or before September 23, 2022; and
2. Defendant shall file any reply on or before October 24, 2022.

Dated: Friday, September 16, 2022

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge